IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armando Lopez, ) | No. CV12-02276-PHX-SRB |
| )  Plaintiff, ) | **ORDER** |
| ) vs. ) | |
| ) Cunningham & Associates, Inc., et al., ) | |
| ) Defendants. ) | |
| ) | |

On January 22, 2013, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 30 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. On February 20, 2013 a Stipulated Motion to Continue Dismissal Date was filed. The Court granted the Stipulated Motion to Continue Dismissal Date on February 21, 2013 and extended the dismissal deadline 30 days from the date of that Order. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

DATED this 3rd day of May, 2013.

_____
Susan R. Bolton
United States District Judge